JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION RIOS REYES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN DICKINSON, Warden,<br><br>　　　　Respondent. | NO. CV 10-1226 CJC (FMO)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 7, 2011.

　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE